```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X    Chapter 7

IN RE:                              Case No.08-23447(RDD)

MICHAEL CAMPEANU AND
HOLLIE B. CAMPEANU,

                Debtors.

-------------------------------X
```

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS


TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN
    DISTRICT OF NEW YORK:

JEFFREY L. SAPIR, trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

```
1. SCWA
   2045 Route 112, Suite 5
   Coram,, N.Y. 11727                        $2.03
   Att: Jean Caruso, Legal Dept.
```

A check to your order in the sum of $2.03 is enclosed representing the total of the aforesaid unclaimed dividend(s).

                        Respectfully submitted,

                        JEFFREY L. SAPIR